IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CHRIS HAWKES, | No. C -14-02072(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| MARTA D. VAN LOAN, | |
| Defendant. | |

On March 4, 2014, Plaintiff filed this action in the Superior Court of the State of California. On May 6, 2014, this action was removed to the United States District Court for the Northern District of California. (Dkt. 1.) On May 9, 2014, Defendant filed a motion to dismiss the complaint. (Dkt. 9.) On May 16, 2014, Plaintiff filed a motion for change of venue. (Dkt. 13.) On May 27, 2014, Plaintiff filed a motion to strike. (Dkt. 17.)

The hearing on the motion to dismiss and motion to strike scheduled for June 17, 2014, at 9:00 am, is hereby rescheduled. The Court will hear argument on the motion to dismiss, the motion to strike, and the motion for change of venue on June 24, 2014, at 9:00 am. The parties are directed to file all outstanding reply briefs by June 10, 2014.

**IT IS SO ORDERED.**

Dated: June 6, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge