IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE C. HAWKES, | No. C -14-02072(EDL) |
| Plaintiff, | **ORDER RE PLAINTIFF'S SECOND MOTION TO AMEND THE COMPLAINT [DKT. 31]** |
| v. | |
| MARTA D. VAN LOAN, | |
| Defendant. | |

Having considered the parties' respective papers relating to Plaintiff's Second Motion to Amend the Complaint ("Motion"), the Court finds this matter is appropriate for disposition without a hearing. Accordingly, the hearing date is vacated and no appearances are required. The Motion is submitted for decision and the parties will be served with the Court's Order deciding the motion.

**IT IS SO ORDERED.**

Dated: September 15, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge